### THIRD DEPARTMENT, SEPTEMBER, 1953.

### (September 17, 1953.)

■

In the Matter of the Application of LAVERNE M. BRISTER, Tioga County Clerk, for an Order to Destroy Certain Court Records under Section 89 of the Judiciary Law.— Application for an order permitting the destruction of certain obsolete court records now on file in the office of the County Clerk of Tioga County granted. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

JOSEPHINE D. LA BARR, Respondent, v. MYRON C. LA BARR, Appellant.— Motion for stay granted. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

In the Matter of ALEXANDRA PLAVSKA, Petitioner, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK et al., Respondents.— Motion for an order dismissing the above-entitled proceeding granted, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

In the Matter of the Claim of EMANUEL BRAUNSTEIN, Respondent, against GENERAL MARINE REPAIR et al., Respondents, and INDEPENDENT SCRAP IRON et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative, for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 281 App. Div. 1059.]

■

In the Matter of the Claims of CATHERINE RINALDI et al., Respondents. GENERAL OFFICE SERVICE BUREAU, Appellant; EDWARD CORSI, as Industrial Commissioner, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs to the Industrial Commissioner. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 281 App. Div. 1051.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LERA ELIZINA MUNDERBACK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 281 App. Div. 1060.]

■

In the Matter of the Claim of BLANCHE M. COLLINS, Respondent, against ARCHER MOTOR CO. INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for an order directing the Clerk of this court to tax printing disbursements of $24.48 against the appellant, State Insurance Fund, granted, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 280 App. Div. 902.]